UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WILLIAM NORMILE, III, | : | Civil Action: 06-2858 (JAG) |
| Plaintiff, | : | ORDER OF DISMISSAL |
| v. | : | Closed |
| MOUNTAIN CREEK, et al. | : | |
| Defendants, | : | |

It appearing that it has been reported to the Court that the above-captioned action has been settled;

It is on the day 18th of FEBRUARY, 2009

ORDERED that this action is hereby dismissed as to all claims against all parties without costs and without prejudice with the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR. U.S.D.J.